UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAVIN SOLOMON,

                              Plaintiff,

            -against-

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

                              Defendant.

25-cv-6919 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 29, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 29, 2025
            New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge